```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04968
   GREGORY SHAWN GOECKEL
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-4657


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/20/07 and confirmed on 08/09/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $  29535.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG   22153.08            .00       22153.08
AMERICAS SERVICING CO    MORTGAGE ARRE       .00             .00            .00
WELLS FARGO              SECURED          6203.21            .00        6203.21
WELLS FARGO              MORTGAGE ARRE    3285.45            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         3934.08            .00            .00
JENNIFFER GOECKEL        CHILD SUPPORT  NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED         460.46            .00            .00
CAPITAL ONE BANK         UNSECURED         441.08            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         538.78            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         594.11            .00            .00
RUSH COPLEY HOSPITAL     UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         915.18            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         776.84            .00            .00
INTERNAL REVENUE SERVICE UNSECURED        1607.48            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  31641.74    3934.08     5333.93      .00       40909.75
PRINCIPAL PAID      28356.29       .00         .00       .00       28356.29
INTEREST PAID           .00        .00         .00       .00            .00
TOTAL PAID          28356.29       .00         .00       .00       28356.29
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $    600.00   direct and $       .00  through the plan.

The Trustee received $    1178.71 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 11/13/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE